```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 10505
   WANDA LYNETTE BURNS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1466

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/25/2006 and was confirmed 01/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG         .00            .00         9320.00
WASHINGTON MUTUAL          MORTGAGE ARRE     8716.50            .00             .00
OCWEN LOAN SERVICING LLC   CURRENT MORTG         .00            .00         3281.40
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE     1219.94            .00             .00
AMERICREDIT FINANCIAL SE   SECURED VEHIC    24213.10         254.88         2451.90
AMERICREDIT FINANCIAL SE   UNSECURED       NOT FILED            .00             .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY     NOT FILED            .00             .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY     NOT FILED            .00             .00
COMCAST                    UNSECURED       NOT FILED            .00             .00
COMCAST                    NOTICE ONLY     NOT FILED            .00             .00
COMCAST                    NOTICE ONLY     NOT FILED            .00             .00
COMMONWEALTH EDISON & CO   UNSECURED       NOT FILED            .00             .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED            .00             .00
AT & T WIRELESS            UNSECURED         303.26             .00             .00
VATIV RECOVERY SOLUTIONS   NOTICE ONLY     NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1959.28             .00             .00
TCF BANK                   UNSECURED       NOT FILED            .00             .00
HELLER & FRISONE           NOTICE ONLY     NOT FILED            .00             .00
TCF NATIONAL BANK          NOTICE ONLY     NOT FILED            .00             .00
KNS FUNDING INC            UNSECURED       NOT FILED            .00             .00
KNS FUNDING INC            UNSECURED       NOT FILED            .00             .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED            .00             .00
WASHINGTON MUTUAL HOME L   NOTICE ONLY     NOT FILED            .00             .00
LEDFORD & WU               DEBTOR ATTY      2,530.00                        2,453.19
TOM VAUGHN                 TRUSTEE                                          1,116.97
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 18,878.34

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 10505 WANDA LYNETTE BURNS
```

```
PRIORITY                                                              .00
SECURED                                                         15,053.30
     INTEREST                                                      254.88
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,453.19
TRUSTEE COMPENSATION                                             1,116.97
DEBTOR REFUND                                                         .00
                                      ----------------    ----------------
TOTALS                                       18,878.34           18,878.34
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/18/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 10505 WANDA LYNETTE BURNS